■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD CASEY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Cowhey, J.), rendered June 12, 1990.

Ordered that the appeal is dismissed (see, *People v Seaberg,* 74 NY2d 1). Bracken, J. P., Sullivan, Harwood, Rosenblatt and Copertino, JJ., concur.